UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN LYNCH,<br><br>    Plaintiff,<br><br>v.<br><br>OLYMPUS AMERICA INC., et al.,<br><br>    Defendants. | Case No.18-cv-00215-SVK<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED**<br><br>Re: Dkt. No. 8 |

On January 16, 2018, Defendants Olympus America Inc., Olympus Corporation of the Americas, and Olympus Medical Systems Corp. (collectively "Defendants") filed a motion to dismiss Plaintiff Kathleen Lynch's Complaint for lack of jurisdiction. ECF 8. Plaintiff's opposition to the motion to dismiss was due on January 30, 2018. *See* Civil Local Rule 7-3(a) ("The opposition [to a motion] must be filed and served not more than 14 days after the motion was filed."). As of today, Plaintiff has not filed an opposition to the motion to dismiss.

Based on Plaintiff's failure to oppose Defendant's motion to dismiss, this Court ORDERS Plaintiff to show cause why this case should not be dismissed under Federal Rule of Civil Procedure 41(b). No later than **February 16, 2018,** Plaintiff shall file an opposition to Defendant's motion to dismiss that includes an explanation as to why her opposition was not timely filed. Failure to file such an opposition by February 16, 2018 will result in dismissal of this case.

**SO ORDERED.**

Dated: February 7, 2018

_____
SUSAN VAN KEULEN
United States Magistrate Judge